## PARKS v. MORGAN.

ACTION qui tam, for burglary. The defendant pleaded to the jurisdiction, that the action, being a private action,

demanding damages for a supposed theft, ought to have been brought before the Court of Common Pleas, and not to the Superior Court; — but the court resolved they had jurisdiction.